# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

OSSEO IMAGING, LLC,

        Plaintiff,

v.

CARESTREAM DENTAL LLC,

        Defendant.

**Case No.** _____

Jury Trial Demanded.

---

## PLAINTIFF OSSEO IMAGING, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 requiring nongovernmental corporate parties to (1) identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) state that there is no such corporation, Osseo Imaging, LLC states that there is no publicly held entity that owns 10% or more of its stock.

[Signatures on the next page.]

Dated: July 14, 2023                              **ADVANCED TECHNOLOGY LAW**

/s/ Luke Anderson
Luke Anderson
GA Bar No. 018330
1050 Crown Pointe Parkway
Suite 500
Atlanta, Georgia 30338-7702
Phone:     404-991-2241
Facsimile: 404-935-0927
Email: Landerson@advtechlaw.com

*Attorneys for Plaintiff Osseo Imaging, LLC*

**MEISTER SEELIG & FEIN PLLC**

Seth H. Ostrow (Motion for Pro Hac Vice Admission Forthcoming)
sho@msf-law.com

Robert P. Feinland (Motion for Pro Hac Vice Admission Forthcoming)
rf@msf-law.com
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3536

*Attorneys for Plaintiff Osseo Imaging, LLC*